UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ROY SONKOWSKY, ,

Plaintiff,

v.

BOARD OF EDUCATION FOR INDEPENDENT SCHOOL DISTRICT NO. 721,

Defendant.

Case No. 00-2700 ADM/AJB

**AMENDED**
NOTICE OF PRETRIAL CONFERENCE

---

You are hereby given notice that the pretrial conference in the above referenced case previously scheduled for February 21, 2001 at 1:45 p.m., has been moved. The pretrial conference will now take place on **February 21, 2001 at 2:45 p.m.**, before the undersigned Magistrate Judge.

Dated: 2/6/01

Arthur J. Boylan
U. S. Magistrate Judge

Filed FEB 07 2001
Francis E. Dosal, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______