**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

ROY SONKOWSKY,

Civil No. 00-2700 ADM/AJB

Plaintiff,

v.

**PRETRIAL SCHEDULING ORDER**

BOARD OF EDUCATION FOR INDEPENDENT SCHOOL DISTRICT NO. 721, ET AL.,

Defendants.

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court as amended effective May 1, 2000, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern these proceedings. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

Discovery Plan

1. Discovery shall be commenced in time to be completed by October 1, 2001.

2. All pre-discovery disclosures required by Rule 26(a)(1) shall be completed on or before March 7, 2001.

3. Expert Witnesses

   a. Parties intending to use expert witnesses, shall disclose the identity of expert witnesses under Rule 26(a)(2)(A) on or before August 1, 2001.

   b. Full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witnesses, shall be made on or before September 1, 2001.

   c. Disclosure of the identity of rebuttal expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the rebuttal expert witness, shall be made on or before September 15, 2001.

FEB 22 2001

4. No more than 50 interrogatories (counted in accordance with Fed.R.Civ.P. 33(a)) shall be served by any party.

5. No more than 15 factual depositions, excluding expert witness depositions, shall be taken by any party. Each party shall take no more than 2 expert depositions.

Non-Dispositive Motions

(Non-dispositive motions may be scheduled for hearing by calling Kathy Thobe, Calendar Clerk, 651-848-1210.)

1. All motions which seek to amend the pleadings or add parties must be filed and the hearing thereon completed on or before March 30, 2001.

2. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by the discovery deadline date, October 1, 2001.

3. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1, and 37.2.

Dispositive Motions

1. All dispositive motions shall be filed and the hearing thereon completed by December 1, 2001 . (Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Gertie Simon, 612-664-5093.)

2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

Trial

This case shall be ready for a **Jury** trial on March 1, 2002, or upon resolution of any pending dispositive motions. Expert witnesses are anticipated. Anticipated length of trial is 5 days.

Dated: 2/22/01

Arthur J. Boylan
United States Magistrate Judge