UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ROY SONKOWSKY,

Plaintiff,

v.

BOARD OF EDUCATION FOR INDEPENDENT SCHOOL DISTRICT NO. 721, ET AL.,

Defendants.

Case No. 00-2700 ADM/AJB

**AMENDED** NOTICE OF SETTLEMENT CONFERENCE

---

You are hereby given notice that the settlement conference in the above referenced case previously scheduled for May 23, 2001, at 1:30 p.m., has been rescheduled. The settlement conference will be held on **May 23, 2001, at 2:00 p.m.**, before the undersigned Magistrate Judge.

Dated: 5/3/01

Arthur J. Boylan
U. S. Magistrate Judge

Filed MAY 03 2001
Francis E. Dosal, Clerk
Judgment Entered ___________
Deputy Clerk's Initials ___________