# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Roy Sonkowsky on behalf of his minor son,
Roy "Rocky" Sonkowsky

Case No. Civil 00-2700 ADM/AJB

**JUDGMENT IN A CIVIL CASE**

v.

Board of Education for ISD No 721;
ISD No. 721; Richard Wilson, as an individual and in his official capacity; Kristina Madigan, as an individual and in her official capacity, and Joan Anderson, as an individual and in her official capacity

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that: Defendants' motion for summary judgment is GRANTED.

DATE: April 8, 2002

RICHARD D. SLETTEN, CLERK

Mary Kaye Conery

Mary Kaye Conery, Deputy Clerk

25