# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

---

No. 02-2283

---

| | | |
|---|---|---|
| Roy Sonkowsky, on bchalf of his minor son, Roy "Rocky" Sonkowsky, | * | |
| Plaintiff - Appellant, | * | Appeal from the United States District Court for the District of Minnesota. |
| v. | * | |
| Board of Education for Independent School District No. 721; Independent School District No. 721; Richard Wilson, as an individual and in his official capacity; Kristina Madigan, as an individual and in her official capacity; Joan Anderson, as an individual and in her official capacity; | * | |
| Defendants - Appellees. | * | |

**JUDGMENT**

This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

(5172-010199)

May 5, 2003

29

FILED JUN 02 2003
RICHARD D SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK MKL

Order Entered in Accordance with Opinion:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit.

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans